UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GISSIM, INC. d/b/a SURF MANOR HOME
FOR ADULTS,

              Plaintiff,            MEMORANDUM AND ORDER
                                                    16-CV-03306

   - against -

SCOTTSDALE INSURANCE COMPANY,

              Defendants.
------------------------------------------------------------x
GLASSER, Senior United States District Judge:

      In a letter dated December 7th, the Plaintiff requests the Court to schedule a conference in this matter. A Notice of Appeal having been filed by the Defendant on December 6, (ECF No. 48), this Court is divested of jurisdiction pending its determination. <u>Griggs v. Provident Consumer Disc. Co.</u>, 459 U.S. 56, 58 (1982); *see also* <u>Ides, The Authority of a Federal District Court to Proceed After a Notice of Appeal Has Been Filed</u>, 143 F.R.D. 307 (1992).

      SO ORDERED.

Dated:     Brooklyn, New York
             December 17, 2018

                                                  /s/
                                                  I. Leo Glasser         U.S.D.J.